An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLINTON JOHN SCHUE,
Appellant,

vs.

ESTATE OF ANTHONY ROSS VETROMILE,
Respondent.

No. 64336

**FILED**

OCT 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: B. Mooneyhan

cc: Hon. Nathan Tod Young, District Judge
Alling & Jillson, Ltd.
Jeffrey K. Rahbeck
Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33803